AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murphy, III, Stephen J. | U.S. District Court, Eastern District of Michigan | 11/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

231 West Lafayette Boulevard
Room #235
Detroit, Michigan 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Hospice of Michigan |
| 2. | Board Member | U.S. District Court Historical Society |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 11/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Growth Fund of America | | None | | | Sold | 10/10/14 | K | | |
| 2. Washington Mutual Investors Fund | | None | K | T | | | | | |
| 3. Fundamental Investor | | None | J | T | | | | | |
| 4. Income Fund of America | | None | K | T | Buy | 10/10/14 | K | | |
| 5. AMCAP Fund | | None | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. Growth Fund of America | | None | K | T | | | | | |
| 8. New World Fund | | None | J | T | | | | | |
| 9. American Mutual Fund | | None | K | T | | | | | |
| 10. Income Fund of America | | None | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. Abbot Labs | A | Dividend | | | Sold | 03/17/14 | J | B | |
| 13. Abbvie Inc. | A | Dividend | | | Sold | 03/17/14 | J | C | |
| 14. American Tower Corp. | A | None | | | Sold | 03/17/14 | J | A | |
| 15. Apple | A | Dividend | | | Sold | 09/09/14 | J | D | |
| 16. Bank NY Mellon Corp | A | Dividend | | | Sold | 03/17/14 | J | B | |
| 17. Bank of America Money Market | A | Interest | | | Redeemed | 03/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Berkshire Hathaway | | None | L | T | Buy | 07/30/14 | L | | |
| 19. Blackrock Muniyield Mich Quality Fd Inc. | A | Interest | K | T | Buy | 07/30/14 | K | | |
| 20. Calamos Strategic Total Return | | None | L | T | Buy | 07/30/14 | L | | |
| 21. Celgene Corp | | None | J | T | | | | | |
| 22. Center Coast MLP Focus Fund Class A | A | Dividend | K | T | Buy | 07/30/14 | K | | |
| 23. Chicago Bridge and Iron Co. NV | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 24. Cincinnati Financial Corp | A | Dividend | J | T | | | | | |
| 25. Cisco Systems | A | Dividend | | | Sold | 03/13/14 | J | A | |
| 26. Colony Finl Inc Com | A | Dividend | L | T | Buy | 07/30/14 | L | | |
| 27. Columbia Dividend Income Fund | A | Dividend | | | Sold | 09/09/14 | L | D | |
| 28. Conoco Phillips | A | None | | | Sold | 03/17/14 | J | A | |
| 29. Eaton Vance Ltd Duration Income Fd | A | Dividend | K | T | Buy | 07/30/14 | K | | |
| 30. Eaton Vance Tax Managed Diversified | A | Dividend | L | T | Buy | 07/30/14 | L | | |
| 31. Eaton Vance Tax Managed Global | A | Dividend | L | T | Buy | 07/30/14 | L | | |
| 32. EMC Corp. | A | Dividend | | | Sold | 09/09/14 | J | B | |
| 33. Enlink Midstream LLC Com | | None | K | T | Buy | 07/30/14 | K | | |
| 34. Enterprise Products | A | None | | | Buy | 01/06/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Enterprise Products | A | Dividend | | | Sold | 07/30/14 | K | C | |
| 36. Exxon Mobil | A | Dividend | | | Sold | 07/30/14 | J | C | |
| 37. Federated Capital Reserves | A | Interest | J | T | Buy | 11/29/14 | J | | |
| 38. First Energy Corp | A | Dividend | | | Sold | 03/13/14 | J | A | |
| 39. Fifth Third Savings | A | Interest | K | T | | | | | |
| 40. First Eagle Global Inc Builder Fd | | None | L | T | Buy | 09/05/14 | L | | |
| 41. Freeport-McMoran Copper and Gold | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 42. FS Energy and Power Fun | | None | K | T | | | | | |
| 43. FS Investment Corporation II | | None | K | T | | | | | |
| 44. General Mny Mkt Fund CL B | A | Interest | J | T | Buy | 11/29/14 | J | | |
| 45. Gilead Sciences Corp. | | None | J | T | | | | | |
| 46. Goldman Sachs Strategic Income | A | Dividend | L | T | Buy | 07/30/14 | L | | |
| 47. Google Inc. | A | Dividend | | | Sold | 09/09/14 | K | D | |
| 48. Halliburton Co. | A | Dividend | | | Sold | 09/09/14 | J | D | |
| 49. Hewlett Packard Co. | A | Dividend | | | Sold | 03/13/14 | J | A | |
| 50. Ishares BarclaysInter Cr Bond Fund | A | Dividend | | | Sold | 03/17/14 | J | | |
| 51. Ishares MSCI EAFE Value ETF | A | Dividend | | | Sold | 09/09/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ishares MSCI EAFE Growth ETF | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 53. Ishares MSCI Emergin Markets Min Vol ETF | A | Dividend | J | T | | | | | |
| 54. Ishares TR MSCI EAFE ETF | A | Dividend | L | T | Buy | 11/05/14 | L | | |
| 55. Invesco Mortgage Capital | A | Dividend | L | T | Buy | 07/30/14 | L | | |
| 56. Johnson and Johnson | A | Dividend | | | Sold | 07/30/14 | J | B | |
| 57. JP Morgan Chase | A | None | | | Sold | 03/17/14 | J | A | |
| 58. JP Morgan Strategic Income Opportunity | A | Dividend | K | T | Buy | 08/14/14 | K | | |
| 59. Kayne Anderson Midts | A | Dividend | K | T | Buy | 03/13/14 | K | | |
| 60. Kayne Anderson Midst | A | Dividend | | | Sold | 07/30/14 | K | C | |
| 61. Kinder Morgan Inc Del Com | | None | K | T | Buy | 07/30/14 | K | | |
| 62. Lincoln LLC | A | None | | | Buy | 01/06/14 | K | | |
| 63. Lincoln LLC | A | Dividend | | | Sold | 07/30/14 | K | B | |
| 64. Loomis Sayles Bond Fund Retail | A | Dividend | K | T | Buy | 07/30/14 | K | | |
| 65. Lord Abbett Inflation Focused | A | Dividend | K | T | Buy | 07/30/14 | K | | |
| 66. Market Vectors EFT Tr. | A | Dividend | | | Sold | 12/30/14 | J | A | |
| 67. Market Vectors ETF Tr. Agribusiness | A | Dividend | | | Sold | 09/09/14 | J | B | |
| 68. Market Vectors ETF Gold Miners ETF | A | Dividend | L | T | Buy | 07/30/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MetLife Inc | A | None | | | Sold | 03/17/14 | J | A | |
| 70. Morgan Stanley | A | Dividend | | | Sold | 09/09/14 | J | B | |
| 71. National Oilwell Varco Inc. | A | None | | | Sold | 03/17/14 | J | A | |
| 72. Noble Corp. | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 73. Nuveen Michigan Quality | | | | | Buy | 01/07/14 | K | | |
| 74. Nuveen Michigan Quality | A | Dividend | | | Sold | 07/30/14 | K | B | |
| 75. Nuveen Energy MLP Total Return Fd Com | A | Dividend | L | T | Buy | 07/30/14 | L | | |
| 76. Occidental Pete Corp. | A | Dividend | | | Sold | 09/09/14 | J | B | |
| 77. Oracle Corp. | A | Dividend | | | Sold | 07/30/14 | J | D | |
| 78. Paragon Offshore LLC | A | None | J | T | Buy | 01/07/14 | J | | |
| 79. Paragon Offshore PLC | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 80. PepsiCo Inc. | A | Dividend | | | Sold | 07/30/14 | J | B | |
| 81. Pershing Government Acct | A | Interest | K | T | Buy | 11/29/14 | K | | |
| 82. Phillips 66 | A | None | | | Sold | 03/17/14 | J | A | |
| 83. Pimco Developing Local Market Fund | A | None | | | Sold | 03/17/14 | J | A | |
| 84. Pimco Foreign Bond Fund Unhedged | A | Dividend | | | Sold | 04/01/14 | J | A | |
| 85. Powershare Energing Markets | A | Dividend | | | Sold | 04/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Powershares Emerging Mkts. Sov Debt Portf | A | Dividend | | | Sold | 09/09/14 | K | A | |
| 87. PPL Corp. | A | Dividend | | | Sold | 07/30/14 | J | B | |
| 88. Rio Tinto PLC | A | None | | | Sold | 03/17/14 | J | A | |
| 89. Schlumberger | A | Dividend | | | Sold | 03/13/14 | J | B | |
| 90. Siemans AG | A | Dividend | | | Sold | 03/13/14 | J | A | |
| 91. SPDR Nuveen Barclays Cap Short | A | Dividend | | | Sold | 03/07/14 | J | A | |
| 92. SPDR Index SHS FDS | | | | | Buy | 01/06/14 | J | | |
| 93. SPDR Index SHS FDS | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 94. Starbucks, Corp. | A | None | | | Sold | 03/17/14 | J | A | |
| 95. Target, Inc. | A | None | | | Sold | 03/17/14 | J | A | |
| 96. Templeton Global Bond Fund | A | Dividend | M | T | Buy | 07/30/14 | M | | |
| 97. Teva Pharmaceuticals Inds Ltd. | A | None | | | Sold | 03/17/14 | J | A | |
| 98. Timken Corp. | A | None | | | Sold | 03/17/14 | J | A | |
| 99. Thornburg Intl Nal Value Fund | | | | | Buy | 01/07/14 | L | | |
| 100. Thornburg Intl Nal Value Fund | A | Dividend | | | Sold | 11/05/14 | L | A | |
| 101. UBS AG London Branch E Tracs Lkd Alerian | A | Dividend | K | T | Buy | 07/30/14 | K | | |
| 102. Union Pacific Group | A | None | | | Sold | 03/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 10 of 13

**Name of Person Reporting**

Murphy, III, Stephen J.

**Date of Report**

11/30/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vale SA | A | None | | | Sold | 03/17/14 | J | A | |
| 104. Vanguard FTSE Emerging Markets ETF | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 105. Vanguard Growth | A | Dividend | | | Sold | 09/09/14 | K | C | |
| 106. Vanguard Mid-Cap ETF | A | Dividend | | | Sold | 09/09/14 | J | D | |
| 107. Vanguard Mid-Cap Value ETF | A | Dividend | | | Sold | 09/09/14 | J | B | |
| 108. Vanguard Msci EAFE | A | None | | | Sold | 03/17/14 | J | A | |
| 109. Vanguard Short Term Bond | A | None | | | Sold | 03/17/14 | J | A | |
| 110. Vanguard Tax Managed Intl Fd. | | | | | Buy | 01/02/14 | K | | |
| 111. Vanguard Tax Managed Intl Fd. | A | Dividend | | | Sold | 03/17/14 | K | C | |
| 112. Vanguard Small Cap ETF | A | Dividend | | | Sold | 09/09/14 | K | D | |
| 113. Vanguard Small Cap Value ETF | A | None | | | Sold | 03/17/14 | J | A | |
| 114. Verifone Sys Inc. | A | Dividend | | | Sold | 03/13/14 | J | A | |
| 115. Vodafone Group | A | None | | | Sold | 03/17/14 | J | A | |
| 116. Voya Asia Pac Divid Equity Inc Fd | | None | K | T | Buy | 07/30/14 | K | | |
| 117. Voya Global Equity Divid & Prem | A | Dividend | L | T | Buy | 07/30/14 | L | | |
| 118. Wal-mart Stores Inc. | A | Dividend | | | Sold | 09/09/14 | J | B | |
| 119. Wells Fargo & Co. New Com | A | Dividend | | | Sold | 09/09/14 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Williams Cos Inc. | A | None | | | Buy | 01/06/14 | K | | |
| 121. Williams Cos Inc. | A | Dividend | | | Sold | 07/29/14 | K | D | |
| 122. Wisdomtree Emerging Markets | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 123. Wisdomtree TR Emeging Mkts Equity | | None | L | T | Buy | 07/30/14 | L | | |
| 124. Uhl Family Partners | F | Distribution | | | Redeemed | 12/31/14 | N | A | |
| 125. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 11/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Stephen J. Murphy, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544